# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Robert Jackson

                V.                        **JUDGMENT IN A CIVIL CASE**

Robert Hernandez

                              CASE NUMBER:    06cv578 BEN(POR)

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

the Court adopts the Report and Recommendations in full. Defendant's motion to dismiss is granted. The petition is dismissed..........................................................................................................................................

| November 27, 2006 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

| | J. Hathaway |
|---|---|
| | (By) Deputy Clerk |

ENTERED ON November 27, 2006

06cv578 BEN(POR)